**Order entered January 28, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01460-CR

### THE STATE OF TEXAS, Appellant

### V.

### GEORGE THOMPSON, Appellee

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MA17-13978-G**

## ORDER

We **REINSTATE** this appeal.

On January 8, 2019, we ordered the trial court to make findings of fact and conclusion of law regarding the trial court's ruling on George Thompson's motion to suppress. We have received a supplemental clerk's record containing the trial court's January 24, 2019 findings of fact and conclusion of law.

We **ORDER** the State's brief due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    CORY L. CARLYLE
        JUSTICE